IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, an individual; ANA LAURA MACIAS; MARIA DE JESUS MACIAS; and VICTOR MACIAS, individually and as co-successors in interest of decedent Evangelina Macias, <br><br> Plaintiffs, <br><br> v. <br><br> WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., a corporation; JOSE CASTELLANOS, individually; WASTE MANAGEMENT HOLDINGS, INC.; WASTE MANAGEMENT SECURITY, LLC; WM CORPORATE SERVICES, INC.; and DOES 1–50, inclusive, <br><br> Defendants. | No. C 13-04648 WHA <br><br><br> **JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action for lack of subject-matter jurisdiction, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 29, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE